# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| FLORENCE CARTER-MCCRAY, ) | |
| ) | CASE NO. 1:17-cv-00313-SEB-MPB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BOTTLING GROUP, LLC d/b/a PEPSI ) | |
| BEVERAGES COMPANY ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Defendant Bottling Group, LLC d/b/a Pepsi Beverages Company, by counsel, with the agreement of Plaintiff Florence Carter-McCray, by counsel, respectfully moves this Court to approve and enter the Uniform Stipulated Protective Order attached hereto as Exhibit A.

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/ Jennifer A. Rulon*
    Heather L. Wilson, #20432-41
    Jennifer A Rulon, #32131-53

*Attorneys for Defendant Bottling Group, LLC d/b/a Pepsi Beverages Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2017 a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Andrew Dutkanych III
    Lauren E. Berger
    Biesecker, Dutkaynch & Macer, LLC
    8888 Keystone Crossing, Ste. 1300
    Indianapolis, IN 46240
    ad@bdlegal.com
    lberger@bdlegal.com

                                         */s/ Jennifer A. Rulon*

Heather L. Wilson
FROST BROWN TODD LLC
201 N. Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
(317) 237-3800
(317) 237-3900 fax
hwilson@fbtlaw.com

Jennifer A. Rulon
FROST BROWN TODD LLC
3300 Great American Tower
301 E. Fourth Street
Cincinnati, OH 45202
P:  513-651-6800
F:  513-651-6981
jrulon@fbtlaw.com

0117802.0644794   4845-9664-2635v1