UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| FLORENCE CARTER-MCCRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-00313-SEB-MPB |
| | ) | |
| BOTTLING GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**MAGISTRATE JUDGE'S MINUTE
ENTRY ON TELEPHONIC STATUS
CONFERENCE**

This matter came before the Honorable Matthew P. Brookman, United States Magistrate Judge, by telephone, at 10:30 a.m., Indianapolis time (EST), on September 6, 2017, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel.

No further orders are entered at this time.

**Dated:**  September 8, 2017

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**